1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ROSE MAHER
7

8

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,        )  No. 2:06-MJ-0144 GGH
                                    )  No. 2:06-MJ-0145 GGH
14            Plaintiff,            )
                                    )
15      v.                          )  **STIPULATION AND ORDER**
                                    )  **EXONERATING BOND AND**
16 ROSE MAHER,                      )  **DIRECTING RECONVEYANCE**
                                    )
17            Defendant.            )
                                    )  Judge: Hon. Dale A. Drozd
18 _____  )

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Rose Maher, that the $50,000 property bonds
22 posted to secure pretrial release of Rose Maher (2:06-MJ-0145 GGH) and
23 Richard Wilson (2:06-MJ-0145 GGH) may be ordered exonerated and the Clerk
24 of the Court be directed to reconvey the real property securing the bonds
25 to the sureties, Nicholas and Geraldine A. Maher.
26      On May 24, 2006, the Court ordered Ms. Maher and Mr. Wilson released
27 on separate $50,000 property bonds to answer marijuana cultivation
28 charges in the District of Oregon.  The Clerk docketed the appearance

bonds on June 12, 2006, and a deeds of trust on June 23 (Mr. Wilson) June 28, 2006 (Ms. Maher). Last week, the sureties asked undersigned counsel for assistance in reconveying the property.

Counsel reviewed the docket in Oregon cases 2:05-CR-60105 (Ms. Maher) and 2:05-CR-60106 (Mr. Wilson) and confirmed that defendants appeared as ordered. On June 12, 2007, District Judge Michael R. Hogan sentenced Ms. Maher to time served and she is presently on supervised release in this district. On June 25, 2007, Judge Hogan sentenced Mr. Wilson to a year and a day in prison. The sentence was executed on September 1, 2007. The Bureau of Prisons inmate locator confirms that Mr. Wilson completed his sentence on July 14, 2008.

The conditions of both bonds having been satisfied, the parties agree that the bonds may be exonerated and the property reconveyed in both cases.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: October 18, 2010        /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for ROSE MAHER


                               BENJAMIN B. WAGNER
                               United States Attorney

Dated: October 18, 2010        /s/ H. Coppola
                               HEIKO COPPOLA
                               Assistant U.S. Attorney

/////
/////
/////
/////

Stip. & Order re bond                -2-

**O R D E R**

The appearance bonds posted in 2:06-MJ-0144 and 2:06-MJ-0145 are hereby exonerated. The Clerk is directed to reconvey the property forthwith.

IT IS SO ORDERED.

DATED: October 18, 2010.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD1:Crim
06mj0144&0145

Stip. & Order re bond                -3-